**Rodney Keith JONES, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 02–1133.

United States Court of Appeals, Eighth Circuit.

Submitted April 22, 2002.

Filed May 6, 2002.

Before McMILLIAN, BOWMAN, and BYE, Circuit Judges.

PER CURIAM.

Rodney Keith Jones appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) motion. As the court correctly concluded, Jones's sentence is not affected by Amendment 599 to the Sentencing Guidelines. We therefore affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.